**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: YOANDRA LOPEZ GARCIA,                    Case No.: 18-_____-___
_____Debtor._____/              Chapter 7

**Disclosure of Compensation Pursuant to FRBP 2016(b),**
**LR 2016-1 and 11 USC §329 and LR 2090-1(A) Certificate of Admission**

    1.    Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I hereby disclose that I am the attorney for the debtor and that the compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered in contemplation of, or in connection with, the bankruptcy case is $2,000.00 as and for attorney fees ($2,000.00 received within one year prior to filing) and $150.00 as a costs offset charge for credit reports, office supplies, photocopies, postage, long distance and/or fax charges ($150.00 received prior to filing).

    2.    The source of the compensation paid to me was the Debtor unless otherwise specified in Debtor's response to question 16 of the Statement of Financial Affairs. The source of compensation to be paid to me, if any, is the Debtor.

    3.    I have not agreed to share the above-disclosed compensation with any other person.

    4.    By agreement with the Debtor, the above-noted fee covers only those legal services required to consult with the Debtor, prepare the bankruptcy petition, supporting schedules and statements, appearance with and representation of Debtor at the first 341(a) First Meeting of Creditors, reasonable and necessary communications with the Debtor, the Trustee and creditors. In Chapter 13 cases, the fee covers up to 10 hours of time, and includes these services, as well as preparation of the plan(s) and attendances at all pre-confirmation and confirmation hearing(s).

    5.    By agreement with the Chapter 7 Debtor, the above-noted fee does not include legal services not specified in paragraph 4., above. Such excluded services include, but are not limited to, re-notice and attendance at a second or continued 341(a) First Meeting of Creditors, conversion(s) to proceedings under any other chapter, amendments to the petition, supporting schedules and/or statements once filed, negotiation and/or execution of reaffirmation or redemption agreements and non-exempt asset repurchase agreements,

The Bankruptcy Law Offices of James Schwitalla, P.A.
Park Place II • 12954 SW 133 Court • Miami, FL 33186 • Telephone: (305) 278-0811 • Telecopier (305) 278-0812
www.MiamiBankruptcy.net

depositions and/or 2004 examinations and hearings, representation in connection with any adversary proceeding or contested matter, motions to avoid liens impairing debtor's exemption(s), and all other services rendered after the 341(a) First Meeting of Creditors.

6.    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy proceeding.  I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Date:    3.28.2018           Signature:    _____

James Schwitalla, Esquire
F.B.N. 911488
Attorney for the Debtor
Park Place II
12954 S.W. 133 Court
Miami, Florida 33186
Office (305) 278-0811